IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JULIET M. JAYNES, | ) | |
| Plaintiff, | ) | CV-06-01771-KI |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE | ) | |
| Defendant | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this ___29th___ day of January, 2008.

                                                              /s/ Garr M. King
                                                              Garr M. King
                                                              United States District Judge

1 - JUDGMENT